# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GMAC MORTGAGE, LLC, A DELAWARE LIMITED LIABILITY COMPANY, <br> Appellant, <br> vs. <br> NEVADA ASSOCIATION SERVICES, INC., A DOMESTIC CORPORATION; PECCOLE RANCH COMMUNITY ASSOCIATION, A DOMESTIC NON-PROFIT COOPERATIVE CORPORATION; AND KEYNOTE PROPERTIES, LLC, <br> Respondents. | No. 65260 <br><br> **FILED** <br><br> MAR 1 4 2016 <br><br> TRACIE K. LINDEMAN <br> CLERK OF SUPREME COURT <br> BY _____ <br> DEPUTY CLERK |

## ORDER DECLINING CERTIFIED QUESTION

On November 13, 2014, this court accepted the following certified question from the U.S. District Court:

> What effect, if any, is there upon a foreclosure sale conducted pursuant to Nev. Rev. Stat. § 116.31162 when the association refuses to provide the holder of a first security interest under a deed of trust secured by the unit with the specific amount due under the portion of the association's delinquent assessments lien that has been made prior to the deed of trust by Nev. Rev. Stat. § 116.3116(2)[ ]?

After briefing and oral argument, this court determined that a specific federal statute—the Fair Debt Collection Practices Act (FDCPA)—might impact the answer to the certified question such that our interpretation of NRS chapter 116 might not be determinative in this matter. As a result, this court requested clarification within 60 days from the U.S. District Court on whether the FDCPA might apply to the present matter and its potential impact.

16-07984

As the allotted 60 days for clarification have passed without any response from the U.S. District Court or the parties, we exercise our discretion to decline to address the certified question at this time. *See Rivera v. Philip Morris, Inc.*, 125 Nev. 185, 189, 209 P.3d 271, 274 (2009).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Aldridge Pite, LLP
The Dean Legal Group, Ltd.
Kim Gilbert Ebron
Lipson Neilson Cole Seltzer & Garin, P.C.

SUPREME COURT
OF
NEVADA

(O) 1947A